**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GRISSEL GUEVARA, on behalf of T.A.C.,
                                Plaintiff,

            -against-                                            18 **CIVIL** 9657 (ALC)


                                                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 4, 2020, the Defendant's motion to dismiss is

GRANTED.

**Dated:**  New York, New York
            March 4, 2020



                                                **RUBY J. KRAJICK**
                                    _____
                                            **Clerk of Court**

                            **BY:**
                                    _____
                                            **Deputy Clerk**